**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                           Case No. 3:10−bk−04186−PMG
                                                                                                 Chapter 11

Lars Herbert Langlo

Marion Liane Langlo

_____   Debtor(s)   _____/

### NOTICE OF CONTINUED CONFIRMATION HEARING

   NOTICE IS GIVEN that a hearing on Confirmation is continued to October 17, 2011 at 9:30 a.m. in 4th Floor Courtroom 4A , 300 North Hogan Street, Jacksonville Florida.

<u>Appropriate Attire.</u> You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

<u>Avoid delays at Courthouse security checkpoints.</u> You are reminded that Local Rule 5073−1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated September 30, 2011.

                              Lee Ann Bennett, Clerk of Court
                              300 North Hogan Street Suite 3−350
                              Jacksonville, FL 32202

Copies furnished to:
All Interested Parties