# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

LARS H. LANGLO,
MARION L. LANGLO
     Reorganized Debtors.

Case No. 3:10-BK-4286-PMG

Chapter 11

## REORGANIZED DEBTOR'S MOTION FOR AUTHORITY
## TO GRANT EASEMENT IN REAL PROPERTY AT PRIVATE SALE

    Lars H. Langlo and Marian L. Langlo, reorganized debtors (the "Reorganized Debtors"), move for the entry of an order under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 6004 authorizing the Reorganized Debtors to grant an easement in the Debtor's real property located in Citrus County, Florida under a contract between the Reorganized Debtors and Bono Property, LLC ("the Buyer") at a private sale.

### JURISDICTION AND VENUE

    1.    This Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334(b). The order of confirmation in this case reserved jurisdiction for this Court. Venue for this Motion is proper before this Court pursuant to 28 U.S.C § 1409.

    2.    The statutory predicates for the relief sought herein are 11 U.S.C. §§ 105 and 363, and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules).

### BACKGROUND

    3.    On March 5, 2010 (the "Petition Date"), Mr. and Mrs. Langlo filed a petition for reorganization under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as

amended (the "Bankruptcy Code"). By order dated October 28, 2011 the Court confirmed the Debtors' Chapter 11 Plan of Reorganization [Doc. 72].

4. The Reorganized Debtors seek to grant an easement on their real property located in Citrus County Florida to the Buyer in exchange for the Buyer's payment of $7,000.00, described herein as the "Easement Transaction".[1] The Easement Transaction is described more fully in the Letter Agreement attached as Exhibit "A". Upon information and belief, the lienholder SunTrust Bank consents to the transaction and is waiving any rights it may have to the proceeds of the Easement Transaction.

## RELIEF SOUGHT

5. Through this Motion, the Reorganized Debtors seek the Court's approval of the Easement Transaction. The Reorganized Debtors propose to conduct the Easement Transaction through a private sale. As such, while the Reorganized Debtors seek assert that they do not have a legal obligation to do so, the Reorganized Debtors may consider any timely higher and better offers for the real property to be conveyed in the Easement Transaction.

6. The Easement Transaction is an "arms length" transaction and the Buyer has no relationship to the Reorganized Debtors other than as the proposed Buyer in the Easement Transaction. The Reorganized Debtors have determined that the Easement Transaction is in the best interest of the Reorganized Debtors and that it meets the requirements of applicable law.

---

[1] The Reorganized Debtors recognize that they may not need Bankruptcy Court approval of the Easement Transaction, but seek such approval at the request of other parties to the Easement Transaction and to remove any uncertainty.

2

## NOTICE

7.     Notice of this Motion is being given contemporaneous with its filing to (a) lienholder SunTrust Bank (b) the Office of the United States Trustee, and (c) all parties listed on the matrix maintained by the Clerk of Court in accordance with Local Rule 1007-2.

**WHEREFORE**, based upon the foregoing, the Reorganized Debtors request entry of an order approving the Easement Transaction, and for such additional relief as is just and proper.

Dated: December 19, 2013

         **WILCOX LAW FIRM**

         /s/ **Robert Wilcox**
         Robert D. Wilcox (Fla. Bar No. 0755168)
         814 A1A North, Suite 202
         Ponte Vedra Beach, FL 32082
         Telephone: (904) 405-1248
         rw@wlflaw.com

         ATTORNEYS FOR THE REORGANIZED DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013 I filed the foregoing Motion through the CM/ECF, which will cause a copy to be served upon the Office of the United States Trustee and all parties who have appeared and consented to such service, including Eric S. Golden, Esq., Burr Forman, 200 S Orange Ave, #800, Orlando, FL 32801. In addition, I caused a copy of the Motion to be served through the CM/ECF system or via U.S. Mail upon every party on the Local Rule 1007-2 Interested Parties List based upon a matrix obtained on December 19, 2013, a copy of which is attached.

         /s/ **Robert Wilcox**
         Robert D. Wilcox

```
Label Matrix for local noticing         Federal National Mortgage Association      SunTrust Bank
113A-3                                  Main Office                                 Burr & Forman, LLP
Case 3:10-bk-04186-PMG                  c/o Rosicki, Rosicki & Associates, P.C.    c/o Eric S. Golden, Esq
Middle District of Florida              51 East Bethpage Road                       450 S Orange Ave, Ste 200
Jacksonville                            Plainview, NY 11803-4224                    Orlando, FL 32801-3385
Thu Dec 19 19:12:21 EST 2013

United States Trustee - JAX 11 11       American Express                            American Express Centurion Bank
Office of the United States Trustee     c/o Becket and Lee LLP                      c/o Becket and Lee LLP
George C Young Federal Building         Post Office Box 3001                        POB 3001
400 West Washington Street, Suite 1100  Malvern, PA 19355-0701                      Malvern  PA 19355-0701
Orlando, FL 32801-2217

(p)ALLY FINANCIAL                       American Suzuki Financial Services Company  (p)BB AND T
ROSEVILLE BANKRUPTCY CENTER             P.O. Box 130424                             PO BOX 1847
2740 ARTHUR STREET                      Roseville, MN 55113-0004                    WILSON NC 27894-1847
ROSEVILLE MN 55113-1303


Capital One Bank (USA), N.A.            Centerstate Bank                            Centerstate Bank, N.A.
by American Infosource Lp As Agent      c/o Larry Foyle, Esq                        6930 Gall Blvd.
PO Box 71083                            POB 800                                     Zephyrhills, FL 33542-2513
Charlotte, NC  28272-1083               Tampa, FL 33601-0800


Chase                                   Chase Bank USA, N.A.                        Colonial Bank
Post Office Box 15298                   PO Box 15145                                aka Branch Banking and Trust
Wilmington, DE 19850-5298               Wilmington, DE 19850-5145                   400 N. Tampa Street
                                                                                    Tampa, FL 33602-4717


Euler Hermes                            Federal National Mortgage Association       Florida Dept. of Revenue
600 S. 7th Street                       c/o Seterus, Inc. f/k/a IBM Lender          Bankruptcy Unit
Louisville, KY 40203-1968               Business Process Services, Inc              P.O. Box 6668
                                        PO Box 4128                                 Tallahassee, FL 32314-6668
                                        Beaverton, OR 97076-4128


(p)INTERNAL REVENUE SERVICE             Larry S. Hersch, P.A.                       LeMans Corp.
CENTRALIZED INSOLVENCY OPERATIONS       Post Office Box 1046                        3501 Kennedy Road
PO BOX 7346                             Dade City, FL 33526-1046                    Janesville, WI 53545-8884
PHILADELPHIA PA 19101-7346


Polaris Manufacturing                   Polaris Powersports                         Polaris Sales, Inc.
1225 Highway 169 North                  P. O. Box 2080                              c/o RCC
Minneapolis, MN 55441-5545              Crystal River, FL 34423-2080                7373 Kirkwood Court
                                                                                    Number 200
                                                                                    Osseo, MN 55369-5264


Receivables Control Corp.               Rosenthal Law Firm                          SUNTRUST MORTGAGE INC
7373 Kirkwood Court #200                c/o Jennifer Morando, Esq.                  BANKRUPTCY DEPARTMENT RVW 3034
Osseo, MN 55369-5264                    4798 New Broad Street                       P.O BOX 27767
                                        Suite 310                                   RICHMOND VA 23261-7767
                                        Orlando, FL 32814-6436


Secretary of the Treasury               SunTrust Bank                               Suntrust
15th & Pennsylvania Ave., NW            c/o Eric S. Golden, Esquire                 Post Office Box 79041
Washington, DC 20220-0001               450 S. Orange Avenue, Suite 200             Baltimore, MD 21279-0041
                                        Orlando, FL 32801-3385
```

| | | |
|---|---|---|
| Suntrust<br>Post Office Box 79079<br>Baltimore, MD 21279-0079 | Tax Collector, Citrus County<br>210 N. Apopka Ave Ste 100<br>Inverness, FL 34450-4249 | Textron<br>11575 Great Oaks Way<br>Alpharetta, GA 30022-2426 |
| Tucker Rocky Distributing<br>4900 Alliance Gateway Fwy<br>Fort Worth, TX 76177-3722 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Lars Herbert Langlo<br>604 W. Massachusetts Street<br>Hernando, FL 34442-8831 | Marion Liane Langlo<br>604 W. Massachusetts Street<br>Hernando, FL 34442-8831 | Robert D Wilcox<br>Wilcox Law Firm<br>814 Highway A1A North<br>Suite 202<br>Ponte Vedra Beach, FL 32082-3270 |
| Robert D. Wilcox<br>Brennan, Manna & Diamond<br>800 West Monroe St.<br>Jacksonville, FL 32202-4836 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Suzuki Fin Sv<br>5700 Crooks Rd Ste 301<br>Troy, MI 48098 | BB&T-Bankruptcy<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114 |
| U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-1323 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Polaris Powersports<br>Post Office Box 2080<br>Crystal River, FL 34423-2080 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     1<br>Total                  40 |