[31714A] [Notice of Preliminary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                       Case No. 3:10−bk−04186−PMG
                                                                             Chapter 11

Lars Herbert Langlo

Marion Liane Langlo

_____Debtor(s)_____/

NOTICE OF PRELIMINARY HEARING

   NOTICE IS GIVEN that a preliminary hearing in this case will be held on January 29, 2014 at 03:30 PM in 300 North Hogan Street, 4th Floor − Courtroom 4A, Jacksonville, FL 32202 , to consider and act upon the following matter:

   Motion for Authority to Grant Easement in Real Property at Private Sale

   and transact such other business as may properly come before the hearing.

   1. The hearing may be continued upon announcement made in open Court without further notice.

   2. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

   3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

   Dated December 20, 2013.

                                        Lee Ann Bennett, Clerk of Court
                                        300 North Hogan Street Suite 3−350
                                        Jacksonville, FL 32202

   Copies furnished to:
   Debtor
   Debtor(s)' Attorney
   Trustee
   US Trustee
   Local Rule 1007(d)