**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>LARS H. LANGLO,<br>MARION L. LANGLO<br>　　　Reorganized Debtors. | Case No. 3:10-BK-4286-PMG<br><br>Chapter 11 |

**NOTICE OF FILING EXHIBIT "A'**
**TO REORGANIZED DEBTORS' MOTION FOR AUTHORITY**
**TO GRANT EASEMENT IN REAL PROPERTY AT PRIVATE SALE**

　　Lars H. Langlo and Marian L. Langlo, reorganized debtors (the "Reorganized Debtors"), give Notice of the filing of the attached Exhibit "A", the proposed agreement for which they seek Court authorization, to their *Motion for Authority to Grant Easement in Real Property at Private Sale* [Doc. No 76].

Dated: January 27, 2014　　　　**WILCOX LAW FIRM**

　　　　　　　　　　　　　　　/s/ ***Robert Wilcox***
　　　　　　　　　　　　　　　Robert D. Wilcox (Fla. Bar No. 0755168)
　　　　　　　　　　　　　　　814 A1A North, Suite 202
　　　　　　　　　　　　　　　Ponte Vedra Beach, FL 32082
　　　　　　　　　　　　　　　Telephone: (904) 405-1248
　　　　　　　　　　　　　　　rw@wlflaw.com

　　　　　　　　　　　　　　　ATTORNEYS FOR THE
　　　　　　　　　　　　　　　REORGANIZED DEBTORS

**CERTIFICATE OF SERVICE**

　　I hereby certify that on January 27, 2014 I filed the foregoing Motion through the CM/ECF, which will cause a copy to be served upon the Office of the United States Trustee and all parties who have appeared and consented to such service, including Michael Nardella, Esq., Burr Forman, 200 S Orange Ave, #800, Orlando, FL 32801. In addition, I caused a copy of the Motion to be served through the CM/ECF system or via U.S. Mail upon every party on the Local Rule 1007-2 Interested Parties List based upon a matrix obtained on January 27, 2014, a copy of which is attached.

　　　　　　　　　　　　　　　/s/ ***Robert Wilcox***
　　　　　　　　　　　　　　　Robert D. Wilcox

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-04186-PMG<br>Middle District of Florida<br>Jacksonville<br>Mon Jan 27 20:05:11 EST 2014 | Federal National Mortgage Association<br>Main Office<br>c/o Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 | SunTrust Bank<br>Burr & Forman, LLP<br>c/o Eric S. Golden, Esq<br>450 S Orange Ave, Ste 200<br>Orlando, FL 32801-3385 |
| United States Trustee - JAX 11 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | American Express<br>c/o Becket and Lee LLP<br>Post Office Box 3001<br>Malvern, PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| (p)ALLY FINANCIAL<br>ROSEVILLE BANKRUPTCY CENTER<br>2740 ARTHUR STREET<br>ROSEVILLE MN 55113-1303 | American Suzuki Financial Services Company<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Centerstate Bank<br>c/o Larry Foyle, Esq<br>POB 800<br>Tampa, FL 33601-0800 | Centerstate Bank, N.A.<br>6930 Gall Blvd.<br>Zephyrhills, FL 33542-2513 |
| Chase<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Colonial Bank<br>aka Branch Banking and Trust<br>400 N. Tampa Street<br>Tampa, FL 33602-4717 |
| Euler Hermes<br>600 S. 7th Street<br>Louisville, KY 40203-1968 | Federal National Mortgage Association<br>c/o Seterus, Inc. f/k/a IBM Lender<br>Business Process Services, Inc<br>PO Box 4128<br>Beaverton, OR 97076-4128 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Larry S. Hersch, P.A.<br>Post Office Box 1046<br>Dade City, FL 33526-1046 | LeMans Corp.<br>3501 Kennedy Road<br>Janesville, WI 53545-8884 |
| Polaris Manufacturing<br>1225 Highway 169 North<br>Minneapolis, MN 55441-5545 | Polaris Powersports<br>P. O. Box 2080<br>Crystal River, FL 34423-2080 | Polaris Sales, Inc.<br>c/o RCC<br>7373 Kirkwood Court<br>Number 200<br>Osseo, MN 55369-5264 |
| Receivables Control Corp.<br>7373 Kirkwood Court #200<br>Osseo, MN 55369-5264 | Rosenthal Law Firm<br>c/o Jennifer Morando, Esq.<br>4798 New Broad Street<br>Suite 310<br>Orlando, FL 32814-6436 | SUNTRUST MORTGAGE INC<br>BANKRUPTCY DEPARTMENT RVW 3034<br>P.O BOX 27767<br>RICHMOND VA 23261-7767 |
| Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | SunTrust Bank<br>c/o Eric S. Golden, Esquire<br>450 S. Orange Avenue, Suite 200<br>Orlando, FL 32801-3385 | Suntrust<br>Post Office Box 79041<br>Baltimore, MD 21279-0041 |


| | | |
|---|---|---|
| Suntrust<br>Post Office Box 79079<br>Baltimore, MD 21279-0079 | Tax Collector, Citrus County<br>210 N. Apopka Ave Ste 100<br>Inverness, FL 34450-4249 | Textron<br>11575 Great Oaks Way<br>Alpharetta, GA 30022-2426 |
| Tucker Rocky Distributing<br>4900 Alliance Gateway Fwy<br>Fort Worth, TX 76177-3722 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Lars Herbert Langlo<br>604 W. Massachusetts Street<br>Hernando, FL 34442-8831 | Marion Liane Langlo<br>604 W. Massachusetts Street<br>Hernando, FL 34442-8831 | Robert D Wilcox<br>Wilcox Law Firm<br>814 Highway A1A North<br>Suite 202<br>Ponte Vedra Beach, FL 32082-3270 |
| Robert D. Wilcox<br>Brennan, Manna & Diamond<br>800 West Monroe St.<br>Jacksonville, FL 32202-4836 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Suzuki Fin Sv<br>5700 Crooks Rd Ste 301<br>Troy, MI 48098 | BB&T-Bankruptcy<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| U.S. Securities & Exchange Commission<br>Reorganization Branch, Atlanta<br>3475 Lenox Rd., NE, Ste. 1000<br>Atlanta, GA 30326-1323 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Polaris Powersports<br>Post Office Box 2080<br>Crystal River, FL 34423-2080 | End of Label Matrix<br>Mailable recipients   39<br>Bypassed recipients    1<br>Total                 40 |

<u>August 27</u>, 2013

Bono Property, LLC
16208 Talavera de Avila
Tamp, FL 33613

RE: Access Easement for property located on SR 44 / West Gulf to Lake Highway Citrus County, Florida.

Dear Dr. Bono:

This letter will confirm that we have agreed to sign and deliver the attached Grant of Easement to you, in exchange for a payment of $7,000.00.

The processing of the Consent and Subordination by SunTrust Bank has delayed the Easement, but we will continue to use diligent efforts to obtain the same and then sign and deliver the Easement to you. At that time, we will accept the said payment.

In the meantime, we will not object to the use of the easement area by Bono Property, LLC, and its tenants.

Sincerely,

_____
Lars H. Langlo

_____
Marion L. Langlo

7715 W. Gulf to Lake Highway
Crystal River, FL 33429

BBKLDOCS#694800-V1

THIS INSTRUMENT PREPARED BY:
Glen C. Abbott, Esq.
P.O. Box 2019
Crystal River, FL 34423
352/795-5699

## GRANT OF EASEMENT

**LARS H. LANGLO and MARION L. LANGLO**, GRANTORS, for value received from, BONO PROPERTY, LLC, a Florida limited liability company, GRANTEE, hereby gives and grants unto Grantee a perpetual non-exclusive easement for the purpose of pedestrian and motor vehicle ingress and egress described as follows:

A perpetual non-exclusive easement over the following described land, to wit:

Begin at the intersection of the east right of way line of York Road as shown on the plat of Citrus Acres according to the map or plat thereof recorded in plat book 2, page 68, public records of Citrus County, Florida, and the north right of way line of state road number 44, thence N.00'44'57"W. along the east right of way line of said York road a distance of 211.56 feet; thence S.89'15'03"W. a distance of 30.36 feet to a point on the west right of way line of said York road; thence S.0'39'58"E. along said west right of way line a distance of 159.50 feet to a point of intersection in said west right of way line; thence S.89'21'20"W. a distance of 10.00 feet to a point of intersection in said west right of way line; thence S.00'38'40"E. a distance of 44.24 feet to a point on the north right of way of said state road number 44; thence S.79'49'54"E. along said north right of way line a distance of 41.42 feet to the point of beginning. See Survey Sketch attached hereto as Exhibit "A".

the use and enjoyment of such easement to be shared by GRANTEE with GRANTORS as well as those members of the public utilizing such easement for ingress and egress to the property of Grantee and/or Grantor over the above described property owned by GRANTORS. The easement shall be appurtenant to the property described on Exhibit "B" attached hereto and incorporated by reference herein, and shall run with the land to the benefit of the successors and assigns in title to the said appurtenant property.

That the Mortgagee of the property subject to this easement hereby consents to the granting of the Grant of Easement as per the attached Consent and Subordination of Mortgagee for Grant of Easement as Exhibit "C".

EXECUTED BY GRANTORS this _____ day of _____ 2013.

Executed in our presence:

_____        _____
                                       **LARS H. LANGLO**
_____
Printed Name of Witness                _____
                                       **MARION L. LANGLO**
_____         7715 W. Gulf to Lake Highway
                                       Crystal River, FL 34429
_____
Printed name of Witness

STATE OF FLORIDA
COUNTY OF CITRUS

      The foregoing instrument was acknowledged before me this _____ day of _____ 2013 by **LARS H. LANGLO and MARION L. LANGLO,** who did not take an oath.
_____Personally Known
_____ Produced _____ as Identification


                                       _____
                                       Notary Public
                                       My Commission Expires:



EXHIBIT "A"

## LEGAL DESCRIPTION

Parcel 1:

Beginning at the intersection of the Northerly right of way line of State Road No. 44 and Westerly right of way line of York Road in the South 1/2 of the Northeast 1/4 of Northwest 1/4 of Southwest 1/4 in Section 23, Township 18 South, Range 17 East, thence North along the westerly right of way line of York Road to the North line of the South 1/2 of Northeast 1/4 of Northwest 1/4 of Southwest 1/4, run thence West 98.2 feet, run thence South to the Northerly right of way line of State Road No. 44, run thence Southeasterly along said right of way line to the Point of Beginning, all lying and being in the South 1/2 of Northeast 1/4 of Northwest 1/4 of Southwest 1/4 of Section 23, Township 18 South, Range 17 East, LESS AND EXCEPT that part of the East 98.2 feet of the South 1/2 of Northeast 1/4 of Northwest 1/4 of Southwest 1/4 in Section 23, Township 18 South, Range 17 East, lying North of State Road No. 44 and Westerly of York Road, a 30 foot road, as recorded in Plat of Citrus Acres, according to the map or plat thereof recorded in Plat Book 2, Page 68, Public Records of Citrus County, Florida described as follows: Commence on the West line of Section 23, Township 18 South, Range 17 East, at a point 2295.43 feet North 0°40'39" West of the Southwest corner of said Section 23, thence run South 79°42'30" East along the centerline of Survey of State Road No. 44 a distance of 1339.81 feet, thence run North 0°38'40" West along the Centerline of said York Road a distance of 100 feet, thence run South 89°21'20" West a distance of 15 feet for the Point of Beginning, thence continue South 89°21'20" West a distance of 10 feet, thence run south 0°38'40" East a distance of 44.24 feet to the existing Northerly right of way line of State Road No. 44, thence run South 79°42'30" East along said existing right of way line a distance of 10.19 feet, thence run North 0°38'40" West along the existing West right of way line of said York Road a distance of 46.18 feet to the Point of Beginning.

AND

Parcel 2:

The West 98.2 feet of the East 309.6 feet of the South 1/2 of the Northeast 1/4 of the Northwest 1/4 of the Southwest 1/4 lying North of State Road No. 44 and the East 98.2 feet of the West 359.4 feet of the South 1/2 of the Northeast 1/4 of the Northwest 1/4 of the Southwest 1/4 lying North of State Road No. 44, all being in Section 23, Township 18 South, Range 17 East.

AND

Parcel 3:

The West 98.2 feet of the East 211.4 feet of the South 1/2 of the Northeast 1/4 of the Northwest 1/4 of the Southwest 1/4, North of State Highway No. 44, in Section 23, Township 18 South, Range 17 East, Citrus County, Florida.